UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

TAREK MEHANNA
6 Fairhaven Circle
Sudbury, Massachusetts

CASE NUMBER: 08-148-LTS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On the dates specified below, in the District of **Massachusetts and elsewhere**,
(Track Statutory Language of Offenses)

On or about December 16, 2006, in the District of Massachusetts, the defendant, TAREK MEHANNA, in a matter within the jurisdiction of the executive branch of the government of the United States, did knowingly and willfully make materially false, fictitious and fraudulent statements, when he provided information, that he knew was untrue, in connection with an investigation involving international and domestic terrorism, as defined in Title 18, United States Code Section 2331(1), to a Special Agent of the Federal Bureau of Investigation ("FBI") and a Special Federal Officer, who were both members of the Joint Terrorism Task Force of the FBI.

in violation of Title **18** United States Code, Section(s) **1001(a)(2)**

I further state that I am a(n) **Special Agent, Federal Bureau of Investigation** and that this complaint is based on the following facts:

See attached Affidavit of Andrew Nambu

Continued on the attached sheet and made a part hereof:   [x] Yes   [ ] No

Signature of Complainant
Andrew Nambu
Special Agent, FBI

Sworn to before me and subscribed in my presence,

Nov 7, 2008
Date

Boston, Massachusetts
City and State

Leo T. Sorokin
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer